UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

___ FILED   ___ ENTERED
___ LOGGED  _S✓_ RECEIVED

AUG 27 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Print clearly and legibly the following information:**

Robert Edward Rader III
_____
Print the full name of plaintiff.

-against-

Baltimore Central Booking
Intake Center
300. E. Madison St
Balto, MD 21202

Print the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section 4.

Case No. _____
(Include case number if one has been assigned, otherwise leave blank.)

**COMPLAINT**
(Prisoner)

1. **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

[X] Violation of my federal constitutional rights

[X] Other: NEGLIGENCE OF DUTY, BREACH OF SECURITY PAIN & SUFFERING DUE TO MY ASSAULT. ONGOING INJURIES AND SUFFERING.

## 2. PLAINTIFF INFORMATION

Plaintiff must provide the following information. Attach additional pages if necessary.

Robert | E | RaDeR
--- | --- | ---
First Name | Middle Initial | Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

4029800 SID #   DOC # 475660

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number under which you were held)

Baltimore City Central Booking Intake Center
Current Place of Detention

300 E Madison St Baltimore MD- 21202
Institutional Address

Baltimore City | Maryland | 21202
--- | --- | ---
County, City | State | Zip Code

## 3. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

- ☒ Pretrial detainee
- ☐ Convicted and sentenced prisoner
- ☐ Immigration detainee
- ☐ Civilly committed detainee
- ☐ Other: _____

## 4. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to the list of defendants in the case caption at the top of page 1 of this complaint form.

**Attach additional pages as necessary.**

Defendant 1: _____

First Name | Last Name | Badge #

2

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

**Defendant 2:**

| First Name | Last Name | Badge # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

**Defendant 3:**

| First Name | Last Name | Badge # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

**Defendant 4:**

| First Name | Last Name | Badge # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

5. **STATEMENT OF CLAIM**

- Where did the events take place?

    Name of institution: Baltimore Central Booking Intake Center

    Location in the institution: 300 E. Madison St Balto, MD 21202

    If outside an institution, state where: NA

- When did the events take place?

    Month, date, year: March 6th 2025

    Time of day: Around 12 PM.

- State here briefly the FACTS that support your case. Describe
    1. what happened,
    2. how you were harmed, and
    3. how each defendant that you named took wrongful action that caused you harm.

    **Attach additional pages as necessary.**

I was being housed and given recreation alone and officer Branch let a lock up inmate out at an un-allowed time who was not supposed to be out at all. That inmate assaulted me with a broom stick to the head and a knife. It resulted in me going to Johns Hopkins E.R. via ambulance. I recieved 36 stitches to the front of my head and 5 stapes to the back of my head. Ms Branch was negligient which led to my assault and she had no reason whatsoever to allow said inmate out. She never documented anything about the incident. The Asst.

4

WARDEN ESCORTED ME TO MEDICAL AFTER SCOLDING MS BRANCH AS TO WHY I WAS NOT OUT ALONE. ONCE AT MEDICAL THE ASST. WARDEN AND THE MEDICAL STAFF TOOK AND DOCUMENTED PICTURES OF ALL OF MY INJURIES.

6. **INJURIES:**

If you were injured as a result of these actions, describe your injuries. Also state if you needed medical treatment and if you received it.

36 STITCHES TO THE FRONT OF MY HEAD, 5 STAPLES TO THE BACK OF MY HEAD, ONGOING HEADACHES, BLURRY VISION, RUNNY NOSE AND OTHER ONGOING PROBLEMS SUCH AS PTSD AND OTHER MENTAL HEALTH ISSUES.

7. **RELIEF:**

State briefly what money damages or other relief you want the court to order.

I WANT A FAIR MONETARY SETTLEMENT TO COVER ALL MEDICAL FEES AND TO HELP WITH MY ONGOING ISSUES WITH WORK DUE TO MENTAL HEALTH AND PHYSICAL INJURIES. ALSO FOR MY PAIN & SUFFERING AND MENTAL ANGUISH THAT THIS INCIDENT HAS CAUSED ME SINCE IT HAPPENED.

5

## 8. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

- I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases, and be required to make prepayment of the filing fee before my complaint can go forward in the court.

- I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, plaintiff must also submit an IFP application.**

Date: 8-16-25

Plaintiff's Signature: [signature]

First Name: Robert
Middle Initial: E
Last Name: Rader

Prison Address: 300 E. Madison St

County, City: Balto
State: MD
Zip Code: 21207

Date on which I am delivering this complaint to prison authorities for mailing: 8-23-25